No. D–880. IN RE DISBARMENT OF JACKSON. It is ordered that Hesper A. Jackson, Jr., of Brooklyn, N. Y., be suspended from the practice of law in this Court and that a rule issue, return-

able within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.